TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
COURTNEY STRANGE
Assistant United States Attorney
Nevada Bar Number 13575
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Courtney.Strange@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CELIA ANGELITA SOLORIO-MEDEROS,<br><br>Defendant. | Case No.: 2:26-cr-00132-GMN-DJA<br><br>**Stipulation for a Protective Order** |

The parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to, Celia Angelita Solorio-Mederos, the public, or any third party not directly related to this case, any and all unredacted discovery (Protected Material) in this case. Federal Rules of Criminal Procedure Rule 16(d) provides that courts may issue protective orders delaying or restricting certain discovery for good cause. The parties stipulate that good cause exists and states as follows:

1. On July 1, 2026, a grand jury returned an indictment charging Celia Angelita Solorio-Mederos with two counts of False Statement in Acquisition of a Firearm, in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and Criminal Forfeiture pursuant to 18 U.S.C. § 924(d)(1),

and 28 U.S.C. § 2461(c). ECF No. 1.

2. The trial date is currently set for September 14, 2026.

3. Some of the discovery in this case involves admin and subpoena returns with personal identifying information of non-charged individuals, which would require redactions resulting in a delay in producing discovery.

4. In order to prevent dissemination of the Protected Material, the parties intend to restrict access to the Protected Material in this case to the following individuals: attorneys for all parties, and any personnel that the attorneys for all parties consider necessary to assist in performing the attorneys' duties in the prosecution or defense of this case, including investigators, paralegals, experts, support staff, interpreters, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals").

5. Celia Angelita Solorio-Mederos shall not obtain a copy of the Protected Material.

6. Celia Angelita Solorio-Mederos may, however, review the Protected Material in the presence of her attorney(s).

7. Without leave of Court, the Covered Individuals shall not:

a. make copies for, or allow copies of any kind to be made by any other person of the Protected Material in this case or permit dissemination of the Protected Material at the Southern Nevada Detention Center jail facility, or any other detention facility where the Defendant(s) is/are housed, to include leaving a copy of the Protected Material at any detention facility where the Defendant(s) is/are housed;

b. allow any other person to watch, listen, or otherwise review the Protected Material;

c. use the Protected Material for any other purpose other than preparing to defend against or prosecute the charges in the indictment or any superseding indictment arising

out of this case; or

d. attach the Protected Material, a transcript derived from the Protected Material, or any quotations from the Protected Material that contains personal identifying information to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal.

8. Nothing in this stipulation is intended to restrict the parties' use or introduction of the Protected Material as evidence at trial or support in motion practice. If H Celia Angelita Solorio-Mederos proceeds to trial or any evidentiary hearing, the parties will confer to determine whether the terms of this stipulation should be revisited.

9. The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

10. Celia Angelita Solorio-Mederos hereby stipulates to this protective order.

DATED this August 4, 2026.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

*s/ Courtney Strange*
COURTNEY STRANGE
Assistant United States Attorney

*s/Raquel Lazo*
RAQUEL LAZO
Attorney for Defendant CELIA ANGELITA SOLORIO-MEDEROS

**IT IS SO ORDERED:**

8/5/2026

HONORABLE DANIEL J. ALBREGTS
United States Magistrate Judge

DATE